IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**GREGORY A. WATERS,**

        Plaintiff,

v.                                            **Civil Action No. 5:23-CV-6**
                                                        Judge Bailey

**ACTING WARDEN S. BROWN,** Warden,
FCI Beckley, **J. McCALLOUM,**
Correctional Systems Officer, FCI Hazelton,
and **S. SENKO**, Paramedic/Correctional
Officer, FCI Hazelton,

        Defendants.

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On October 31, 2022, plaintiff initiated this case by filing a Complaint under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) in the District Court for the Southern District of West Virginia. Because plaintiff's allegations arose during his confinement at FCI Hazelton in Bruceton Mills, West Virginia, the case was transferred to this Court on January 10, 2023. Because plaintiff's Complaint was not on the court-approved form, the Clerk issued plaintiff a Notice of Deficient Pleading and Intent to Dismiss, informing him he must re-file his Complaint on the approved form within thirty days.

On January 26, 2023, plaintiff refiled his Complaint on the court-approved form, and it was assigned Civil Action No. 5:23-CV-19. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED**. Further, the pending Motions [**Docs. 8, 9, 11, & 20**] are hereby **DENIED AS MOOT**.

1

The Clerk is **DIRECTED** to mail a copy of this Order to the plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** January **27**, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE